CHARLES B. HOFFMAN, Appellant, *v.* ALFRED L. SETON et al., Respondents.

(Argued January 12, 1875; decided May term, 1875.)

THE only questions presented were upon exceptions to the findings of fact. *Held,* that the evidence was sufficient to sustain the findings.

*Lyman Tremain* for the appellant.

*John E. Burrill* for the respondents.

LOTT, Ch. C., reads for affirmance.

All concur.

Judgment affirmed.